**98–2607.  State ex rel. Festi v. Bettis.**
In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss

sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.